UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Michael D. Pittman,

        Plaintiff,

v.

Lucinda Jesson, Commissioner of Department
of Human Services, Dennis Benson, CEO of
Minnesota Sex Offender Program (MSOP),

        Respondents.

Civil No. 11-CV-2973 (SRN/TNL)

**ORDER**

---

Michael D. Pittman, 1111 Highway 73, Moose Lake, Minnesota 55767-9452, pro se Petitioner.

Matthew Frank and Steven H. Alpert, MINNESOTA ATTORNEY GENERAL'S OFFICE, 445 Minnesota Street, Suite 1100, St. Paul, MN 55101; and Stephen P. McLaughlin, RAMSEY COUNTY ATTORNEY, 121 Seventh Place E., Suite 4500, St. Paul, MN 55105, for Respondents.

---

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated January 9, 2013 (Docket No.15), along with all the files and records, and no objections to said Recommendation having been filed,

**IT IS HEREBY ORDERED** that:

1. Petitioner's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus (Docket No. 1) is **DENIED**;

2. This action is **DISMISSED WITH PREJUDICE**; and

3. The certificate of appealability is **DENIED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: January 31, 2013

        s/Susan Richard Nelson
        SUSAN RICHARD NELSON
        United States District Judge